# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| ALDER RUN, LLC | : | No. 78 WAL 2019 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| RICHARD E. LUTZ, TRUSTEE, NANCY | : | |
| M. LUTZ, TRUSTEE RHCC, LLC, JAMES | : | |
| A. STRAWSER, LESTER H. STRAWSER, | : | |
| DANIEL D. STRAWSER, EARL T. | : | |
| STRAWSER, PALMER E. STRAWSER, | : | |
| AMOS T. STRAWSER, KEVIN O. | : | |
| STRAWSER, SHANE A. STRAWSER, | : | |
| KEITH A. STRAUSER, ELROY D. | : | |
| STRAUSER, JOSHUA E. STRAUSER, | : | |
| DALE E. GOODLING, ANTHONY L. | : | |
| PORTZLINE, TERRY L. ARNOLD, | : | |
| EDWARD P. VERES, JR., ANN F. | : | |
| VERES, RONALD R. SEILER, DEBORAH | : | |
| L. CARNS, GARETH O. WICK, AND | : | |
| DURVIN Z. WICK | : | |
| | : | |
| | : | |
| PETITION OF: RICHARD E. LUTZ, | : | |
| TRUSTEE | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.